# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No. 2:16-bk-04268-PS |
| YOMTOV SCOTT MENAGED, | CHAPTER 7 |
| Debtor. | Adversary No. 2:17-ap-00116 |
| PETER S. DAVIS, AS RECEIVER OF DENSCO INVESTMENT CORPORATION, | **ORDER EXTENDING TIME TO ANSWER RECEIVER'S VERIFIED COMPLAINT TO DETERMINE DISCHARGEABILTY OF DEBT** |
| Plaintiff, | |
| v. | |
| YOMTOV SCOTT MENAGED, FRANCINE MENAGED, and their marital community, | |
| Defendants. | |

The Court having received the parties' *Stipulation to Extend Time to Answer Receiver's Verified Complaint to Determine Dischargeability of Debt* and for good cause appearing,

IT IS HEREBY ORDERED that defendants Yomtov "Scott" Menaged and Francine Menaged ("**Menaged**") shall have an open extension to answer or otherwise respond to Plaintiff Peter S. Davis's, Receiver of DenSco Investment Corporation (the "**Receiver**"), *Verified Complaint to Determine Dischargeability of Debt* (the "**Complaint**"), subject to the Receiver's written notice to Menaged that they must answer or otherwise respond to the Complaint within 14 days of receiving such notice. Such notice shall be provided to Menaged's counsel via e-mail at the following e-mail addresses: cjess@biz.law and bkdocket@biz.law.

DATED AND SIGNED ABOVE.

00347323.3